**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

| | |
|---|---|
| **FREDDIE PASCHAL, JR.,** | **PLAINTIFF** |
| **V.** | **NO. 2:07CV174-P-D** |
| **CLARKSDALE, MS POLICE DEPT., et al.,** | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted, in accordance with Rule 12(b)(6), Federal Rules of Civil Procedure and 28 U.S.C. § 1915(e)(2)(B)(ii), earning Plaintiff one strike pursuant to 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

THIS the 1st day of November, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE